1  Mohammad Etminan

2  13650 Marina pointe Dr. #1502

3  Marina Del Rey, California 90292

4  mohammadet@yahoo.com

5

**FILED**

FEB 10 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

6  PLAINTIFF IN PRO PER

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9

10  )

11  Mohammad Etminan;                    )        Case No: 8:24-bk-12794-SC

12                                       )        **ADVERSARY COMPLAINT**

13                    Plaintiff,         )        **OBJECTING TO ENTRY OF**
                                                  **DISCHARGE PURSUANT TO 11**
14          vs.                          )        **U.S.C. §§ 727(A) AND (C)**

15  MIKE SALEH AND MACY AGAH             )

16                    Defendants.        )        Creditors Case Number in the Superior Court of
                                                  California: 8:24-bk-12794-SC
17                                       )

18                                       )

19

20  **TO THE COURT AND ALL PARTIES IN INTEREST**

21

22  Mohammad Etminan is Plaintiff and Creditor of Mike Saleh ("Saleh) and third-party

23  defendant, Macy Agah ("Agah") collectively as debtors. Creditor hereby object to the entry of

24  discharge in the above-entitled Bankruptcy case pursuant to 11 U.S.C. § 727(a) and 727(c) and

25  Rule 4004 of the Federal Rules of Bankruptcy Procedure and allege as follows:

26

27

28

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

1  Dated: January 30, 2025

2

3

4                                    Mohammad Etminan

5                                    Plaintiff in Pro Per

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**TABLE OF CONTENT**

**TO THE COURT AND ALL PARTIES IN INTEREST** ................................................. 1

**JURISDICTION** ................................................................................................................ 4

**VENUE** ............................................................................................................................. 4

**PARTIES** ........................................................................................................................... 4

**FACTUAL ALLEGATIONS** ........................................................................................... 5

   DEFENDANT'S BANKRUPTCY CASE ................................................................................. 5

   BACKGROUND OF THE DEFENDANTS ............................................................................. 6

   INCLUSION OF SALEH'S SPOUSE IN ADVERSARY COMPLAINT ....................................... 6

     *Direct Benefit* ................................................................................................... 6

     *Acting as Accomplice* ...................................................................................... 6

     *Communal Debt* ............................................................................................... 7

**LIFE STYLE OF THE DEFENDANTS IN CALIFORNIA** ............................................ 7

**AGAH'S EMPLOYMENT AND EDUCATION IN THE UNITED STATES** ....................... 11

   INELIGIBILITY TO PRACTICE DENTISTRY ......................... ERROR! BOOKMARK NOT DEFINED.

   ADMISSIONS FULFILLMENT ......................................................................................... 12

   OPPRESSIVE BORROWING WITH NO INTENTION TO REPAY ........................................... 12

   EARNING POTENTIAL POST-GRADUATION ................................................................... 13

**STRATEGIC BANKRUPTCY FILING** ......................................................................... 13

   LIMITED TO NO CONSEQUENCES ................................................................................. 13

   LIMITED NEED TO USE CREDIT ................................................................................... 14

   MAINTAINING FOREIGN TIES ...................................................................................... 14

   MAINTAINING SEPARATE BANK ACCOUNTS ................................................................ 15

**NON-DISCHARGABEALE DEBT** ................................................................................. 15

**FIRST CAUSE OF ACTION** .......................................................................................... 15

**SECOND CAUSE OF ACTION** ...................................................................................... 16

**PRAYER FOR RELIEF**

EXHIBITS

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

## INTRODUCTION

This is an action to object to entry of discharge in the chapter 7 bankruptcy case of Defendant Mike Saleh and any party jointly liable for his debts to plaintiff, including but not limited to his spouse, Agah, case number 8:24-bk-12794-SC, filed on October 31, 2024, pending in the U.S. Bankruptcy Court for the Central District of California. Saleh is not eligible for discharge as a debtor in his bankruptcy case pursuant to 11 U.S.C. §§ 727(a)(2)(A) and 727(a)(2)(B). Saleh and Agah fraudulently misrepresented their financial situation, inducing plaintiff to lend $15,000.00 USD for Agah's education and community property expenses. They later revealed their intent to file for bankruptcy, proving they no intention to pay back the money. Their action has caused plaintiff financial, mental, and physical harm while Saleh and Agah maintain a lavish lifestyle contradicting any legitimate need for bankruptcy protection.

## JURISDICTION

This Court has jurisdiction of this adversary proceeding pursuant to 11 U.S.C. § 727.

This is a core proceeding under 28 U.S.C. § 157(b)(2)(J).

## VENUE

Venue is proper under 28 U.S.C. § 1409.

## PARTIES

**Plaintiff is and were at all relevant times herein, individual with a principal place of residence in Marina Del Rey, California, U.S.A. I am a retired pharmacist.**

Defendants Mike Saleh and Macy Agah are individuals, who at all relevant times herein, are residents of Irvine, California, U.S.A. Saleh is engaged in different businesses in Dubai and USA. Agah worked as a licensed dentist in Iran and Dubai and managed a medical office in Orange County.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**FACTUAL ALLEGATIONS**

**Defendant's Bankruptcy Case**

23

24   On October 31, 2024, Saleh filed a voluntary petition for relief under chapter 7 of Title 11 of

25   the United States Code ("Petition Date"), thereby initiating bankruptcy case number 8:24-bk-

26   12794-SC, in the U.S. Bankruptcy Court for the Central District of California ("Bankruptcy

27   Case") for total debt of $363,885.27.

28

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**Background of the Defendants**

1. Saleh and Agah are spouses. They resided and worked in Tehran, Islamic Republic of Iran. In addition, they resided and worked in Dubai, United Arab Emirates between 2002-2018.

2. Saleh was engaged in business operations, as evidenced by his professional profile on LinkedIn (Exhibit 1). His profile describes him as a "Senior Management Professional with 27 years in high-impact senior leadership roles that emphasized turnaround strategies with leading companies in the UAE and USA."

3. Agah practiced as a licensed dentist in Iran and subsequently in Dubai, as corroborated by her resume (Exhibit 2 and 3).

**Inclusion of Saleh's Spouse in Adversary Complaint**

**Direct Benefit**

Although Saleh filed for bankruptcy alone, the financial activities of both spouses were intertwined. They used communal property. Agah acted as an accomplice. The funds borrowed from Plaintiff directly benefited Ms. Agah. These benefits included payments toward the Tesla she drove, her education expenses, rental payments for their luxury home, and other expenses supporting their lifestyle. Agah's actions are inseparable from the financial obligations Saleh seeks to discharge.

**Acting as Accomplice**

Agah's conduct was part of a scheme that involved both her and her husband. Her separate financial arrangements and fraudulent borrowing were intended to shield assets and evade repayment. With fraudulent borrowing from innocent family members and friends in 2023 with no intention to repay and planning for bankruptcy.

5
ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**Communal Debt**

California Family Code, S.910 related to General Liability for Debts states:
Community property is liable for debts incurred by either spouse during the marriage,
regardless of which spouse incurred the debt. This includes debts incurred for the
benefit of the community or one spouse's separate interests. S.914 of the same law
states: Each spouse is personally liable for debts incurred by the other spouse for the
necessities of life (e.g., food, clothing, shelter) while they are married and living
together.

With Saleh's income listed on his Bankruptcy Petition as just over $5174.78 while he
has been paying for $5000 per month rent, Agah must have paid for necessities of life
other than housing culminating in communal debt unless both have been hiding
financial means. In the Meeting of Creditors on January 6, 2025, Saleh testified that
half of his house rent is being paid by "the company" but failed to specify the details.

Plaintiff's requests to examine Saleh and Agah's Rental Agreement and its renewal
since 2018 as well as the past 12 months credit card statements for all accounts filed
on the Petition, Agah's separate accounts and the BMO Chicago account ending with
7930.

**Lifestyle of the Defendants in California**

In 2018, Saleh and Agah relocated to Irvine, California with their teenage daughter.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**Luxury Housing**

During their residence in Irvine, Defendants sustained a luxurious lifestyle funded by rental income derived from real estate properties located in Tehran and Dubai, their offshore accounts, and sales proceeds of properties they sold in Dubai. According to Saleh's statement in the meeting of creditors held on January 6, 2025, one of these properties was sold for one million USD in 2020, two years after their arrival in USA. Also, he owned two commercial offices in Dubai which he was conducting his businesses.

Defendants rented a 2,900 square-foot, 5-bedroom home located in the upscale neighbourhood at 6 Ponte, Irvine, California, for approximately $5,000 per month. Notably, they prepaid five years rent in advance for 2018-2023. According to Saleh on Meeting of Creditors held on January 6, 2025, Saleh and Agah continue to live in the same address and have renewed their lease recently despite filing for bankruptcy and having the option to move to a small apartment with far less monthly cost.

The property in question is currently valued at approximately $2,349,400, with an estimated market rental value exceeding $7,000 per month (Exhibit 3). Despite these facts, the rent was misrepresented as $2,250 on the Debtor's bankruptcy schedule, constituting a material misrepresentation.

Saleh misrepresented the worth of their clothing and personal items, furniture, and lack of electronics in their home. Plaintiff has intimate knowledge of such misrepresentation. The couple shipped their expensive furniture from Dubai in 2018 and all their five bedrooms were furnished with additional furniture purchased from California. Saleh and Agah have in the upwards of $100,000 in Jewelry, Persian rugs, French antiques per Plaintiff's observation.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**Luxury Vacations and Gambling**

Agah and Saleh frequently took vacation at Las Vegas where Saleh engaged in gambling in private VIP casino rooms involving large sums of money. Also extended vacations to Europe for months. This matter is common knowledge with the extended family members and has been revealed to Plaintiff by Saleh and Agah themselves.

**Hosting Parties**

Agah and Saleh frequently hosted large parties at their home on some occasions Police was called by the neighbours due to loud noise.

**Maintaining Unemployment despite Capacity**

Despite being capable for engaging in alternative employment, Agah chose to remain unemployed for 6 years and worked part time as an office manager in a medical clinic in Orange County while Saleh allegedly worked as an Uber/Lyft driver and maintained a high-cost lifestyle.

**Registering Shell Companies**

Saleh founded three companies in California: Starts Management JLT, Nik Pegasus Inc. and Lavish Metal Art, all at the same address of 8 McLaren, Suite Q, Irvine, CA 92618, USA; The companies' nature of operation have nothing in common. Plaintiffs believe these companies have been acting to service offshore accounts. In the Jan 6, 2025, Meeting of Creditors, Saleh testified the following:

1. He sold a property in Dubai in 2020 for one million USD.
2. He was unable to fully account for how the sales proceeds were allocated or spent.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

1. He was unable to specify which account or accounts he used for these transfers.

2. In response to the U.S Trustee's question about having any business or property interest in Dubai or outside of USA, Saleh asserted: No

3. In response to the U.S Trustee's question about when the last time was, he transferred money from Dubai into USA, Saleh asserted: in 2022.

4. He testified he brought only $30,000 to the USA in 2018 and $265,000 in 2022. It is notable that in 2018, Saleh and Agah paid 5 years home rent in advance.

5. He testified he is paying only $2250 in rent and that his current rented house is partly being paid for by "the company" but failed to provide specifics.

6. He testified that his daughter who was just admitted to a 4-year university program and lives with Saleh and Agah is independent, and her expenses are fully funded by a grant she has received as Saleh did not account for her daughter's expenses in his bankruptcy petition.

7. Saleh has mentioned that on October 2023, his bank accounts has been frozen by the FBI due to illegal personal and business activities.

8. Saleh has told the plaintiff repeatedly that the legal and court system can do nothing to him, and he is defrauding all these innocent people without any shame, and he will walk away but I told him I believe in our legal and court system and Justice will prevail. He has created this Ponzi scheme to defraud innocent individuals and financial institutions.

9. Mehdi Sazgari, who is one of the creditors on the list has disclosed that Saleh borrowed $250,000.00 USD from him which the amount is blank on the creditor's list.

10. Saleh owned two office buildings in Dubai, and it is unknown if it is for lease or was sold before bankruptcy. One is HDS Towers located in Jumairah Lake Towers, Dubai. The other one is One Lake Plaza Towers, Jumeriah Lake Towers, Dubai.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

1   Plaintiff wishes to examine documentation related to the sales and use of sales proceeds for

2   the Dubai properties; year-end income report filing for Saleh and Agah; first and last 12

3   months bank statements of companies Saleh has founded, a copy of lease agreement for 8

4   McLaren, Suite Q, Irvine, CA 92618, USA; list of improvements for this address; current

5   inventory and year-end IRS reporting since 2018. In addition, the plaintiff request to

6   examine a copy of the grant agreement and last 12 months bank statements for all accounts

7   under Niki Saleh's name.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

**Agah's Employment and Education in the United States**

**Ineligibility to Practice Dentistry**

Agah was ineligible to practice dentistry in the United States and required admission to a 27-month university program to qualify. She remained unemployed for approximately six years by choice to fulfill the following prerequisites:

a. Successful completion of the National Dental Board Examination Part I and Part II.

b. Achievement of the required TOEFL scores.

Exemption from the TOEFL requirement was granted to students with degrees from universities where the primary language of instruction was English.

Due to repeated failures in meeting TOEFL examination, in 2023, Agah paid over $10,000 to obtain a 12-month online graduate certificate offered by the University of Phoenix where language of instruction was English.

**Admissions Fulfillment**

Agah finally met all admission criteria in the 2023/2024 academic year and subsequently gained acceptance to the International Dentist Program at Loma Linda University. The program spans 27 months and incurs tuition costs of approximately $250,000. Agah applied for Student Loan and borrowed through her husband from several family members to allegedly pay for costs associated with her education.

**Oppressive Borrowing with No Intention to Repay**

In 2023, Saleh and Agah borrowed $15,000.00 from Plaintiff to fund Agah's educational expenses and pay towards a brand-new Tesla vehicle for Agah and to pay for Community family expenses. Saleh admitted he is borrowing to pay for Agah's Dental program tuition at the time of her admission to the dental program. Plaintiff obtained Small Claim Court Judgment against Saleh in 2024.In 2023, an additional $10,000.00 was borrowed from another creditor.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

Plaintiff Etminan is a family member of Saleh and Agah, who have established contact with one another. Plaintiff realized that he had been victim of crowdfunding for Agah.

It is notable that in the Meeting of Creditors held on January 6, 2025, Saleh testified that his wife, Agah is paying for the Tesla vehicle she drives from the proceeds of her student loan and that Saleh only pays for the difference. Paying towards auto loan from student loan proceeds is prohibited per Student Loan Agreement. Auto loans take away substantial portion of student loans which highlights the point that Agah must have access to other financial means to pay for her education. In addition, Agah, who has been unemployed for 6 years and her husband allegedly worked as an uber driver, had the option to purchase a reliable used car instead of a luxury Tesla. The couple is hiding financial means.

**Earning Potential Post-Graduation**

 Upon completing the program, Agah is projected to resume a high-earning dental practice, with annual income potential ranging from $250,000 to $400,000, given her international experience and graduate certificate in Health Care Management (see Exhibit 4).

**STRATEGIC BANKRUPTCY FILING**

**Limited to No Consequences**

With concurrent university admissions for Agah and the couple's daughter, Saleh who has no substantial ties to the United States and has incurred over $300,000 in debt as of now.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

seeking a "fresh start" through chapter 7 bankruptcy. The consequences of bankruptcy will not harm Saleh as he will maintain a low profile during the remaining one year of Agah's studies and will have significant increase in household income in the upwards of $400,000. The couple can repay the debt incurred to support Agah's studies if not all communal debt.

**Limited Need to Use Credit**

Saleh and Agah are used to spending cash instead of using credit cards.

Further, Saleh borrowed $20,000 in cash from Nader Sanati, another creditor on file which the Plaintiffs interviewed. Saleh and Agah borrowed funds with no intention of repayment and have been planning to file bankruptcy to wash their hands of these obligations.

**Maintaining Foreign Ties**

Saleh and Agah have maintained their ties to Dubai. Saleh has been regularly flying back to Dubai to manage rental properties as stated to plaintiffs during casual conversations. In the meeting of creditors on Jan 6, 2025, Saleh reported he last flew to Dubai in 2023, less than 12 months before filing for Bankruptcy. Saleh's decision to file for Chapter 7 bankruptcy appears to have been a calculated effort to resolve financial obligations and facilitate his return to Dubai or to remain in the United States until Ms. Agah begins earning substantial income as a practicing dentist.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

Plaintiff wishes to examine a copy of all pages of Saleh's passports he held since 2018. Saleh must truthfully amend his Bankruptcy Petition to include his and his wife's interest in Foreign real estate property.

**Maintaining Separate Bank Accounts**

Agah strategically maintained separate bank accounts to allow Saleh to distance himself from financial liabilities and facilitate bankruptcy filing without major damage to the family finances. The debts incurred were fraudulent and therefore non-dischargeable under U.S. bankruptcy law.

**NON-DISCHARGABEALE DEBT**

The filing of Chapter 7 bankruptcy, under these circumstances, constitutes a fraudulent and abusive misuse of the bankruptcy process. The primary purpose of the Bankruptcy Code is to grant a fresh start to the honest but unfortunate debtor. Denying discharge to Saleh and indirectly to Agah will ensure that the judicial system is protecting the innocent public against fraud.

The debts resulting from fraudulent conduct are non-dischargeable under 11 U.S.C. § 523(a)(2)(A)). Alternatively, debts incurred to finance educational expenses are also non-dischargeable under bankruptcy law.

**FIRST CAUSE OF ACTION**
     (For a Determination That Defendant's Debts Are
Not Dischargeable Pursuant to 11 U.S.C. §727(a)(2)(A))

1.  Plaintiff incorporates by reference the allegations contained in above paragraphs as though set forth fully herein.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

1. Within one year before the Petition Date, Defendant and his wife transferred or removed, or permitted to be transferred or removed, his and her property, including (1) 12-month worth of funds held to pay for home rental agreement renewal, and (2) funds from accounts, including Defendant's BMO-Chicago Account.

2. The transfer or removal of Defendant's property was removed and prevented the distribution of Defendant's property to Defendant's unsecured creditors.

3. Upon information and belief, Defendant, with intent to hinder, delay, or defraud at least one of his creditors, transferred or removed, or permitted to be transferred or removed, Defendant's property.

4. As for the dates of the transfers of the property of the bankruptcy estate, Defendant had one or more unsecured creditors.

5. By transferring or removing, or permitting the transfer or removal of, Defendant's property with the intent to hinder, delay, or defraud at least one of his creditors, Defendant violated the provisions of 11 U.S.C. § 727(a)(2)(A).

**SECOND CAUSE OF ACTION**
(For a Determination That Defendant's Debts Are
Not Dischargeable Pursuant to 11 U.S.C. §727(a)(2)(B))

1. Plaintiff incorporates by reference the allegations contained in above paragraphs as though set forth fully herein.

2. Within one year before the Petition Date, Defendant and his wife transferred or removed, or permitted to be transferred or removed, his and her property, including rental income received from offshore accounts and real estate properties; large sums of cash received from Agah's father amongst others.

ADVERSARY COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

3. The transfer or removal of Defendant's property was removed and prevented the distribution of Defendant's property to Defendant's unsecured creditors.

4. Upon information and belief, Defendant, with intent to hinder, delay, or defraud at least one of his creditors, transferred or removed, or permitted to be transferred or removed, Defendant's property.

5. As for the dates of the transfers of the property of the bankruptcy estate, Defendant had one or more unsecured creditors.

6. By transferring or removing, or permitting the transfer or removal of, property of the estate with the intent to hinder, delay, or defraud at least one of his creditors, Defendant violated the provisions of 11 U.S.C. § 727(a)(2)(B).

## RAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant as follows:

1. That the Court determine that the debts of Defendant be ruled nondischargeable because Defendant, with intent to hinder, delay, or defraud a creditor, transferred or removed, or permitted to be transferred or removed, his property, within one year before the date of the filing of the petition in violation of the provisions of 11 U.S.C. § 727(a)(2)(A); and/or

2. That the Court determine that the debts of Defendant be ruled nondischargeable because Defendant transferred or removed the funds, or permitted the transfer or removal, of property of the estate with the intent to hinder, delay, or defraud a creditor in violation of the provisions of 11 U.S.C. § 727(a)(2)(B).

3. For an award of attorney fees as allowable by law in an amount the Court determines to be reasonable.

4. For costs of suit herein incurred; and

5. For such other and further relief as this Court deems just and proper.

ADVERSARY COPLAINT OBJECTING TO ENTRY OF DISCHARGE

1    Plaintiff Mohammad Etminan declare under penalty of perjury under the laws of the state of
2    California that the statements made herein are true and correct to the best of my knowledge
3    and belief.

4

5

6

7

8

9

10                                                        Mohammad Etminan
11              Dated: January 30, 2025                   Plaintiff in Pro Per
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADVERSARY COPLAINT OBJECTING TO ENTRY OF DISCHARGE

I mike saleh Recieved

15000 USD From mr Mohammad

Elmineiin at 10/5/23

mike Saleh

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045 | |
| --- | --- |
| PLAINTIFF/PETITIONER: MOHAMMAD R ETMINAN<br><br>DEFENDANT/RESPONDENT: MOHAMMAD MIKE SALEH | |
| **NOTICE OF ENTRY OF JUDGMENT/RULING**<br>**SMALL CLAIMS APPEAL** | CASE NUMBER:<br>30-2024-01386139-SC-SC-CJC |

Notice of: [✓] Entry of Judgment   [ ] Dismissal   [ ] Ruling   Entered on (date): 9/23/24   Judicial Officer: Mena Guirguis

Exhibits shall be destroyed 60 days after the final determination of the action pursuant to Section 1952 of the Code of Civil Procedure. The judgment after hearing on appeal is final and not appealable pursuant to Section 116.780(a) of the Code of Civil Procedure. Judgment may be enforced immediately unless otherwise ordered by the court.

[ ] Denial of the motion to vacate is:

    [ ] Reversed. Trial de Novo to proceed.   [ ] Affirmed. Judgment entered on _____ to remain.

[✓] Defendant (name, if more than one): Mohammad Mike Saleh

    shall pay plaintiff (name, if more than one): Mohammad R Etminan
    $12500.00 principal, $75.00 costs, $0.00 attorney fees. Total $12575.00

[ ] Defendant(s) does not owe plaintiff any money on plaintiff's claim.

[ ] Plaintiff (name, if more than one): _____ shall pay defendant (name, if more than one): _____
    $_____ principal, $_____ costs, $_____ attorney fees. Total $_____

[ ] Plaintiff(s) does not owe defendant any money on defendant's claim.

[ ] Each party to bear own costs

[ ] Final Judgment, after offset, entered as follows:
    Name: _____ shall pay (Name): _____
    $_____ principal, $_____ costs, $_____ attorney fees. Total $_____

[ ] Payments are to be made at the rate of $_____ per $_____, beginning on (date): _____
    and on the _____ day of each month thereafter until paid in full. (If any payment is missed, the entire balance may become due immediately).

[ ] Appeal ordered dismissed and judgment entered on _____ to remain.

[ ] This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle.

[✓] Other (specify): See attached Minute Order.

                    (See reverse side for Clerk's Certificate of Mailing)

COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
**MINUTE ORDER**

DATE: 09/23/2024                    TIME: 08:30:00 AM          DEPT:  C65

JUDICIAL OFFICER PRESIDING: Mena Guirguis
CLERK: J. Quamina
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: K.  Mixer

CASE NO: **30-2024-01386139-SC-SC-CJC**     CASE INIT.DATE: 03/15/2024
CASE TITLE: **Etminan vs. Saleh**
CASE CATEGORY: Small Claims          CASE TYPE: Small Claims

---

EVENT ID/DOCUMENT ID: 74365659,122905717
**EVENT TYPE:** Appeal of the Small Claims Judgment
MOVING PARTY: Mohammad Mike Saleh
CAUSAL DOCUMENT/DATE FILED: Notice of Appeal (Small Claims), 08/19/2024

---

**APPEARANCES**
Mohammad R Etminan, self represented Plaintiff, present.
Mohammad Mike Saleh, self represented Defendant, present.

Appeal of the Small Claims Judgment is granted.  Trial de Novo as to all claims to be held.

The Court orders judgment entered against Mohammad R Etminan, Mohammad Mike Saleh on the Plaintiff's Claim and Order to go to Small Claims Court vacated.

All parties as noted above and witnesses are sworn. The following Parties testify: Plaintiff: Mohammed R. Etminan and Defendant: Mohammed Mike Saleh

Plaintiff provides a copy of exhibit(s) to assist in ruling and orders to the Court.

Plaintiffs' exhibit(s) released in open court.

The Court finds judgment for Mohammad R Etminan against Mohammad Mike Saleh in the amount of: $12,500.00 damages, and $75.00 costs.

Case is ordered remanded to the Small Claims Court for enforcement of judgment.

---

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Entry of Judgment/Ruling Small Claims Appeal has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 10/4/24. Following standard court practice the mailing will occur at Sacramento, California on 10/7/24.

BAHAR AGAH                                      MOHAMMAD MIKE SALEH
6 PONTE                                         6 PONTE
IRVINE, CA 92606                                IRVINE, CA 92606

Clerk of the Court, by: _____, Deputy

I certify that I am not a party to this cause. I certify that that the following document(s), Notice of Entry of Judgment/Ruling Small Claims Appeal, was transmitted electronically by an Orange County Superior Court email server on October 4, 2024, at 7:51:32 AM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

MOHAMMAD R ETMINAN
MOHAMMADET@YAHOO.COM

Clerk of the Court, by: _____, Deputy

**NOTICE OF ENTRY OF JUDGMENT/RULING
SMALL CLAIMS APPEAL**

Code of Civ. Proc., §§ 116.780,
116.790,116.795

## EXHIBITS

## EXHIBIT 1-Saleh Linkedin Profile and Current Affiliation to Dubai



**Mike Saleh**
CEO

Bay Assoc- Mahamad n Area  Contact Info

9 connections

[ 1 Connect ]   7 Message   ( More )

Stars Management JLT INC

Bangalore University

## About

Senior Management Professional with 27 years in high-impact senior leadership roles that emphasized turnaround strategies with leading companies in UAE & USA. Proven record of accomplishments in piloting and driving several businesses into new marketplaces. Vast exposure and experience in Managing director, senior management operations management, procurement, and business development management. Strategically focused with exceptional leadership skills. Proven success benchmarking pace-setting results across key performance metrics. The executive strategist is adept at designing and launching powerful business development /sales plans.

Financially astute in managing capital, revenue targets, cost reductions, and profitable growth. Executive-level understanding of fiscal management; skilled in budgeting, cash flow management, and sustainable P & L scenario. Highly respected builder and leader of winning sales/marketing /management teams; able to assemble, motivate and retain a high-quality workforce of talent.

▶ Strategic Planning/ Corporate Vision
▶ Executive Leadership & Supervision
▶ Marketing & Sales Program Leadership
▶ Business to Business -B2B
▶ Budget and Sales Forecast
▶ Procurement Management
▶ P & L / Fiscal management
▶ Business Operations Management
▶ Cash Flow Management
▶ Order Management
▶ Interpersonal Skills
▶ Team Building / Training
▶ Knowledge of English/ Persian/ Urdu / Arabic/



**Chief Executive Officer**
Stars Management JLT INC · Full-time
Dec 2019 - Present · 5 yrs 1 mo
Irvine, California, United States

Provide leadership and direction of the company engaged in the business of General Trading and support of
Stars management DMCC business for out of UAE .

♡ International Business Development



**Managing Director**
Stars Management DMCC · Full-time
Jan 2011 - Present · 14 yrs 2 mos
Dubai, United Arab Emirates

Manages and handles four main exclusive agencies from the USA which covers different ranges in Construction
➢ Albi Mfg- Manufacturer of fireproofing materials ...                                                    ...see more

♡ International Business Development and Business Planning

**VP International Sales and Marketing**
Global State Trading · Full-time
Jan 2008 - Nov 2010 · 2 yrs 11 mos
United States

Sales of US products to MENA region to create a new market of sales for US products.
Manages sales of the company's products and services within a defined geographical area. Ensures     ...see more

♡ International Business Development and Business Planning



**General Manager / Head of Purchasing for the Group**
Mammut Group · Full-time
Jan 2002 - Dec 2007 · 6 yrs
Dubai, United Arab Emirates

🖼 helped me get this job

Manage and coordinate through subordinates the operations of the Group Purchase Department purchasing
function ensuring the timely and cost-effective acquisition of products in support of business operat     ...see more

♡ International Business Development and Business Planning

**EXHIBIT 2 - Agha's Resume as of 2020 – SKILLS AND EDUCATION**

**Dr. MACY AGAH**

6 Ponte Irvine,                                          E: MacyS2018@gmail.com
Ca 92606  USA                                           C: 818 643 9491

## CORE SKILLS

Emergency Dental Work Medical Emergencies Management            Office Administration
Cosmetic Dental Surgery Legal & Quality Assurance Activities
Pediatric Dental Surgery        Laser Treatments    Endodontist & Periodontist

## EDUCATION & LICENSES

| | | | |
|---|---|---|---|
| DDS | Doctor of Dental Surgery | Shahid Beheshti University - Iran | 1994 |
| Crt. | Dental, Fascial Cosmetic Surgery | Abudhabi Health Authroity, UAE | 2009 |
| Crt. | Dental Laser Treatment | Dubai Health Authority, UAE | 2010 |
| Crt. | Multisystem Implant Training | Dubai Health Authority, UAE | 2011 |
| | License to Practice as DDS in Iran | Ministry of Health and Medical Education | 1995 |
| | Permit to Establish Private Clinic | Ministry of Health and Medical Education | 2000 |
| | License to Practice as DDS in UAE | Dubai Health Authority (DHA), UAE | 2003 |

**EXHIBIT 3 - Agha's Resume as of 2020 – EMPLOYMENT HISTORY**

**EMPLOYMENT HISTORY**

| | |
|---|---|
| **Dental Surgical Assistant & Intern**<br>Elegant Dentistry Marina Del Rey, California, USA | **2019-Present** |
| **Dental Surgeon**<br>Macy Agah Private Dental Office – Dubai, UAE | **2003-2018** |
| **Dental Surgical Assistance**<br>Sharjah Medical University – Dentistry Department, UAE | **2010-2011** |
| **Dental Surgical Assistant**<br>Glam Smile Oasis Dental Surgery Clinic - UAE | **2010** |
| **Dental Surgeon**<br>Macy Agah Private Dental Office – Tehran, Iran | **2000-2002** |
| **Dental Surgeon (Part Time)**<br>Bahonar Hospital - Iran | **1998-2003** |
| **Dental Surgeon**<br>Dr. Ramyar Dental Clinic - Iran | **1998-2003** |
| **Doctor of Dental Surgery**<br>Orthodontic Office of Dr. M. Farahani (DDS, MSD, Orthodontist Specialist) - Iran | **1995-1998** |

**PROFESSIONAL DEVELOPMENT**

UAE International Dental Conference, UAE, attended annually 2004-2018
Dental and Facial Cosmetic International Conference, Dubai, UAE, 2009
International Academy for Laser Education, Dubai, 2010
Multisystem Implant Training (MS_IT) Conference, Dubai, 2011
International Congress for Dental Implantologists (ICOI), Dubai, UAE

**EXHIBIT 6- Saleh and Agah rental home in Irvine**

6 PONTE IRVINE, CA



**EXHIBIT 7- Agah's Future Income**

# ASSOCIATE GENERAL DENTIST

SUNRISE DENTAL IMPLANT CENTER [↗]    3.3 ★    Fairfield, CA 94533



## Job details

Here's how the job details align with your profile ↗

📊 **Pay**

$260,000 - $450,000 a year

💼 **Job type**

Full-time

🕐 **Shift and schedule**

8 hour shift    Monday to Friday

📋 **Work setting**

In-person

## Location

📍 Fairfield, CA 94533